IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 18-75-LPS |
| | : | |
| Michael PRITCHETT, | : | |
| (a.k.a. "M-Dot," "Dot," "Mikey," | : | |
| "Tucker Maxx"), and | : | |
| | : | |
| Dion OLIVER, | : | |
| (a.k.a. "Ollie," "Sadiqwakil Aleem," | : | |
| "Sadizwaleez Aleem," "FineWine," | : | |
| "Bop," "Bopper"), | : | |
| | : | |
| Defendants. | : | |

## STATUS UPDATE

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Jesse S. Wenger, Assistant United States Attorney for the District of Delaware, and hereby respectfully submits the following Status Update:

1. On January 18, 2022, the government submitted its Second Update to Government's Motion to Conditionally Admit Business Records (D.I. 300).

2. On a January 20, 2022, Teleconference with the Court, counsel for Defendant Oliver confirmed that Defendant Oliver does not oppose that filing.

3. The government conferred with counsel for Defendant Pritchett following the January 20, 2022, Teleconference. Counsel for Defendant Pritchett confirmed that Defendant Pritchett does not oppose that filing.

1

4. Based on the above, the Court can consider the government's filing at D.I. 300 as unopposed.

                    Respectfully submitted,

                    DAVID C. WEISS
                    United States Attorney

BY: /s/ Jesse S. Wenger
                    Maureen McCartney
                    Jesse S. Wenger
                    Christopher L. de Barrena-Sarobe

                    Assistant United States Attorneys

Dated: January 20, 2022