IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHAEL PRITCHETT**, <br><br> *Petitioner/Defendant*, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> *Respondent/Plaintiff.* | **Crim. Act. No. 18-75-JDW-3** <br><br> **Civil Act. No. 23-598-JDW** |

### ORDER

**AND NOW**, this 3rd day of October, 2023, upon consideration of Defendant Michael Pritchett's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct a Sentence By A Person In Federal Custody (D.I. 454), for reasons set forth in the accompanying memorandum, it is **ORDERED** that the Motion is **DENIED**.

The Clerk of Court shall close Civil Case No. 23-598-JDW.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.